UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:19-cv-2437 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| H. LIN, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On December 3, 2020, the court ordered the United States Marshal to serve the complaint on defendant Sgt. Henderson. Process directed to defendant Sgt. Henderson was returned unserved because he could not be located with the information provided by plaintiff. It appears that there is no Sgt. Henderson at California State Prison, Sacramento, as alleged by plaintiff in his second amended complaint. If plaintiff wishes to proceed against the person he identifies as Sgt. Henderson in his second amended complaint, plaintiff must provide additional information so that this defendant can be served.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff a USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed April 23, 2020.

   2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form; and

    b. Two copies of the endorsed second amended complaint filed April 23, 2020.

   3. Failure to comply with this order will result in a recommendation that defendant Sgt. Henderson be dismissed.

Dated:  February 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
puck2437.8e

|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DURRELL ANTHONY PUCKETT,

        Plaintiff,

  v.

H. LIN, et al.,

        Defendants.

No. 2:19-cv-2437 TLN CKD P

NOTICE OF

SUBMISSION OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_    completed summons form

    \_1\_    completed USM-285 forms

    \_2\_    copies of the \_\_April 23, 2020\_\_
                      Amended Complaint

DATED:

                              _____
                              Plaintiff