Durrell Anthony Puckett #G-05549
Name and Prisoner/Booking Number

CSP- Sacramento
Place of Confinement

P.O. Box 290066
Mailing Address

Represa, Ca 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
MAY 0 3 2021
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF C...
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Durrell Anthony Puckett ,
(Full Name of Plaintiff)    Plaintiff,

v.

(1) Charles Pierce ,
(Full Name of Defendant)

(2) Cameron Reif ,

(3) Steven Bartlett ,

(4) Greg Hampton ,
Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19-CV-02437-TLN-CKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint
☑ Third Amended complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP- Sacramento

## B. DEFENDANTS

1. Name of first Defendant: __Charles Pierce__. The first Defendant is employed as: __Officer__ at __CSP-Sacramento__.
   (Position and Title)                (Institution)

2. Name of second Defendant: __Cameron Reif__. The second Defendant is employed as: __Officer__ at __CSP-Sacramento__.
   (Position and Title)                (Institution)

3. Name of third Defendant: __STEVEN BARTLETT__. The third Defendant is employed as: __Officer__ at __CSP-SACRAMENTO__.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: __Greg Hampton__. The fourth Defendant is employed as: __Lieutenant__ at __CSP-SACRAMENTO__.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __24__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Puckett__ v. __AGBOLI__
      2. Court and case number: __2:14-cv02776-JAM-DMC E.D. of CA__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

   b. Second prior lawsuit:
      1. Parties: __Puckett__ v. __D. Bolanos__
      2. Court and case number: __2:19-cv-7688-JLS-JPR C.D. of CA__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

   c. Third prior lawsuit:
      1. Parties: __Puckett__ v. __H. LIU__
      2. Court and case number: __2:19-cv-02437-CKD E.D. of CA__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

— Defendants Continue —

1. (5) Keseloff
2. (6) Amilia Hicks
3. (7) Brian Tillo
4. (8) Sgt. ~~Henderson~~ ELSTON BUT NOW Lt. ELSTON
5. (9) Chad Seely
6. (10) Leatherman
7. (11) David Baughman
8. (12) Blake O'connell
9. (13) Jane Doe Nurse
10. (14) John Doe #1
11. (15) John Doe #2
12. (16) John Doe #1 tower officers
13. (17) John Doe #2 Tower officers.
14. (18) Daniel Dillen
15. (19) Benjimin Smith
16. (20) Sgt. Walker
17. (21) Shears
18. (22) John Doe #3

19. 5. Keseloff officer at csp-(SAC) Sacramento 6. Amilia Hicks
20. officer at csp-sac. 7. Brian Tillo officer at csp-sac. 8. Henderson
21. Sergeant at csp sac 9. Chad Seely officer at csp-sac 10. Leatherman
22. officer at csp-SAC. 11. David Baughman Warden at csp-sac. 12. Blake
23. O'connell nurse at csp-sac. 14. John Doe #1 officer at csp-sac. 15. John Doe #2
24. officer at csp-sac. 16. John Doe #1 Tower officer at csp-sac. 17. John Doe #2
25. Tower officer at csp-sac. 18. Daniel Dillen officer at csp-SAC 19. Benjimin Smith
26. officer at csp-SAC. 20. Walker, Sergeant at csp-sac. 21. John Doe #3
27. officer at csp-SAC., 22. Shears officer at csp-sac.

28. Lawsuits
v. Baily et al, v. Brandon, v. N.K.S.P employees, v. Eilers, v. Steadman, v. Young,
v. Mack, v. Galindo, v. Zamora, v. Vogel, v. Chrisler, Seely, v. McCarthy in others

1-A   2-A

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8th Amendment__.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 1/19/17 AFTER MEAL PASS. I TRIED KILLING MYSELF IN SET A FIRE BUT I CAME OUT OF CELL ORDERED BY OFFICERS. ONCE OUT I COULD NOT SEE IN SLIPPED, AT THIS I GOTTEN SLAMMED DOWN ON THE GROUND BY PIERCE AND DILLON THAN PUNCHED SEVERAL TIMES IN MY BODY IN FACE. A John Doe was involved briefly as Pierce was pulled off of me by the sergeant Meanwhile going to cage. Reif smashed my face into cage wall than I was placed in cage than peppersprayed me without provocation, along with Bartlett at his side laughing. Bartlett could of stopped the beating in due to he was standing right there with alot of chances to stop it. Keseloff watch with Hampton but failed to intervene, they could of pulled them off. The tower wrote a false report, seen unprovoked beating then came to window and said brass is coming stop before you get caught, that's when sgt. Walker finally pulled Pierce off me When he should of minutes before as him being a supervisor, but chose not to John Doe #1-2-3 seen the attack but done nothing besides laugh When they could of stop it by grabing them.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   BLACKEYE, SWOLLEN EYE, BUSTED LIP and headaches

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
   8th Amendment

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CHARLES PIERCE ASSAULTED ME DUE TO I WROTE HIM A COMPLAINT ON 1/19/17 AND Smith jumped me with him for a active case on him in a prior lawsuit. This HAPPENED on 3/25/2017 An which they bragged about it, and why they did it to intimedate me. Because I ask for a camera Interview for misuse of force. Shears had Jane Doe nurse not provide medical than Denied clean clothing as I was choking from 3/25/17 five than he got me thrown back into my cell without being cleaned nor provide dinner like John Doe Sergeant told him to feed me. O'Connell seen blood, seen me punched and denied breathing help. B. O'Connell Lied in his report in he failed to report seeing officers hit me with Jane Doe nurse. Seely Lied claiming I threatened staff due to I got a Interview for excessive force then admitted that he's going to personally make charges be filed on me. Someone days prior to 3.25.17 incident on behalf of David Baughman told me I need staff witnesses of Pierce continuous threats An then when I got attacked again They decided to do job but if done so I wouldn't Got Beat Up

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   EMOTIONAL MENTAL DISTRESS From PARANOIA

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 8th Amendment

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   3/25/2017 Smith came to my cell from downstairs when he was not working on my tier. Once I got out of shower Pierce crept over and they said sue this as Smith punch my face knocking me down to the ground as Pierce first punch me then kick me while I became non-resistant. They persisted over 9 minute after the incident was over. A-Hicks, B-Tillo did not intervene when they could of done something or pull them off. I ended up on a concrete slab where Smith used his boot to put on my neck when he got up, spit on me as I was choking non-resistant. This took place on 3-25-2017 as Pierce in Smith kept saying sue this in boo this Puckett you piece of shit. Than Pierce admitted he jumped me due to I coped him for the 1/19/2017 incident. Sgt. Elston M. ~~~~~~~~~ observed part of the attack and threats and because she does not like me she quoted she's to let them set me up. John Doe Tower #2 Refused to tell the truth in press alarm Immidiately to stop my victimization on me by staff.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Swelling to face, head with knots

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

CLAIM IV
1. State the constitutional or other federal civil right that was violated: 8TH Amendment

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3/25/2017 I set my cell on fire Jane Doe nurse refused to provide medical care when I was coughing up smoke in told her I was dizzy As Shears and Sgt. Elston Henderson told her fuck him, "no treatment," so she (Jane Doe) smiled in said "tough luck smokey the bear," I could not breathe for awhile, it felt like I was going to die, My head started to spin as I felt a tremendous pain in my chest chest/lung area.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   pain consistant for over one hourt, paranoia of a long torturing death instead of a quicker one

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

6

## E. REQUEST FOR RELIEF

State the relief you are seeking: CHARLES PIERCE TO PAY $350,000.00 PUNITIVE Rest to pay ~~$~~ $200,000.00 PUNITIVE All IN Individual/Official Capacity Evenly Equitable relief to be housed in a medical/mental helth facility until I'm released or life expectancey expire

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~#/20/2020~~ 04/21/2021        SIGNATURE OF PLAINTIFF
DATE

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.