UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:19-cv-2437 CKD P |
| Plaintiff, | |
| v. | ORDER |
| H. LIN, et al., | |
| Defendants. | |

Defendants have filed a motion to dismiss plaintiff's third amended complaint. As the court has not yet screened the third amended complaint as the court is required to do under 28 U.S.C. §1915A(a), the motion to dismiss (ECF No. 39) is denied without prejudice. Defendants need take no further action without notification from the court.

Dated: June 4, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
puck2437.mtd