UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:19-cv-2437 CKD P |
| Plaintiff, | |
| v. | ORDER |
| H. LIN, et al., | |
| Defendants. | |

Plaintiff has filed a motion for summary judgment. As the court has not yet screened plaintiff's third amended complaint as the court is required to do under 28 U.S.C. §1915A(a), the motion for summary judgment (ECF No. 42) is denied without prejudice.

Dated: July 22, 2021

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
puck2437.msj